PROB 12B
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 1 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jim Bernard Riggins                           Case Number: 4:12CR00338-5 KGB

Name of Sentencing Judicial Officer:    Honorable Clarence Cooper
                                        United States District Judge
                                        Northern District of Georgia

                                        December 21, 2012: Transfer of Jurisdiction
                                        Case Assigned: Katherine Baker
                                        United States District Judge
                                        Eastern District of Arkansas

Original Offense:        Conspiracy to Possess With Intent to Distribute Cocaine

Date of Sentence:        August 19, 2002

Original Sentence:       151 months Bureau of Prisons, 5 years supervised release, defendant shall not
                         possess a firearm, submit to drug test within 15 days of the start of supervision and at
                         least two periodic tests thereafter, perform 100 hours of community service work, not
                         possess a controlled substance, participate in drug/alcohol treatment, submit to search
                         policy, DNA collection, and $100 special penalty assessment

| Type of Supervision: Supervised Release | Date Supervision Commenced: May 22, 2012 |
| --- | --- |
| | Date Supervision Expires: May 21, 2017 |
| U.S. Probation Officer: Michelle R. Sims | Asst. U.S. Attorney: Jana K. Harris | Defense Attorney: Jenniffer Horan |

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant's condition to perform 100 hours of community service work be removed.**

### CAUSE

Mr. Riggins is 68 years old and was recently diagnosed with throat cancer. According to medical records, he is required to undergo radiation treatment every three weeks, which requires hospitalization. In addition, due to his treatment, contact with the community can be potentially dangerous for the defendant. Since the start of supervision, the defendant has been in compliance with all other conditions of supervision. The Federal Public Defender's office has been notified of the request for modification.

Prob 12B                                    -2-                    Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender: Jim Bernard Riggins                         Case Number: 4:12CR00338-5 KGB

Based upon the above information, probation is respectfully requesting that the condition to perform 50 hours of community service be removed.

_____              _____
Michelle R. Sims                              Jana K. Harris
U.S. Probation Officer                        Assistant U.S. Attorney

Date: January 15, 2013                        Date: 1-25-13

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

2/1/2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana K. Harris, P.O. Box 1229, Little Rock, AR 72203
    Name of Offender: Jim Riggins, 1093 Highway 238, Moro, Arkansas 72368